Harry A. Fine, Appellant, *v.* American Eagle Fire Insurance Company of New York, Respondent.

Supreme Court, Appellate Term, Second Department, May 25, 1943.

*Philip Wolinsky* for appellant.

*Francis X. Nestor* for respondent.

Judgment affirmed, with costs. No opinion.

MacCrate, Smith and Steinbrink, JJ., concur.